LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

May 3, 2021

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.**
**Defendant Michael Albarella's bail to be modified to extend travel limits as proposed.**

5/3/2021   SO ORDERED.
*[signature]*
LEWIS J. LIMAN
United States District Judge

Re: <u>United States v. Michael Albarella, *et al.*</u>
20 CR 378 (LJL)

Dear Judge Liman:

I represent Defendant Michael Albarella, and submit this letter motion on his behalf seeking a modification of the travel limits of his bail as set forth below. The Government, by AUSA Cecilia Vogel does not object to the requested modification.

Mr. Albarella was released on the day of his arrest, March 4, 2020, on a $100,000 Personal Recognizance Bond. His travel limits are the Southern and Eastern Districts of New York. He has been fully compliant with all bail conditions at all times.

I respectfully request that his travel limitations be extended to permit him to attend the baptism of his niece, which will be celebrated this weekend, May 8 and 9, in Albany, New York. Mr. Albarella and I are available at any time for a conference, should the Court require additional information or have other questions. His location and proposed travel itinerary will be provided to the Government and to Pretrial in advance.

I thank the Court for its consideration.

Sincerely,

*[signature]*
David Wikstrom