LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

June 23, 2021

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.**
**The Sentencing previously set for June 28, 2021 is RESCHEDULED to July 19, 2021 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.**

6/24/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: <u>United States v. Michael Albarella</u>
    20 CR 378 (LJL)

Dear Judge Liman,

    I respectfully move for a three-week adjournment of sentencing in Michael Albarella's case, from Monday, June 28 to a date after July 16, 2021. The adjournment is necessary to permit me sufficient time to prepare for the proceeding, given the complexities, factual and legal, in the sentencing submissions. I have spoken with Assistant United States Attorney Cecilia Vogel, who does not object.

    If the application is granted, the parties request that the Court set a date after July 16, 2021.

Sincerely,

David Wikstrom