LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

September 16, 2021

The Honorable Lew J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New Yorrk, NY 10007

**REQUEST GRANTED.**
The defendant, Michael Albarella, is to surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00PM on November 5, 2021.

9/17/2021

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: <u>United States v. Michael Albarella</u>
20 CR 378 (LJL)

Dear Judge Liman:

I write to request of 30-day postponement of Michael Albarella's surrender date, which is currently set for October 5, 2021. ██████████████████ The Government, by AUSA Cecilia Vogel, consents.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████ I therefore respectfully request that a stay of Mr. Albarella's surrender be approved by the Court.

Sincerely,

David Wikstrom