LAW OFFICES
## DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

October 20, 2021

The Honorable Lew J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New Yorrk, NY 10007

**REQUEST GRANTED.**
**By no later than 2:00 p.m. on January 4, 2022, Defendant shall surrender to the institution designated by the Bureau of Prisons or, in the absence of such designation, to the United States Marshalls at 500 Pearl Street, New York, New York. The previous surrender date is vacated.**

10/20/2021    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: <u>United States v. Michael Albarella</u>
20 CR 378 (LJL)

Dear Judge Liman:

I write to request a further 60-day postponement of Michael Albarella's surrender date, which is currently set for November 5, 2021. The Government, by AUSA Cecilia Vogel, consents. As of the date of this letter, the BOP has not notified Mr. Albarella of his designation.



I therefore respectfully request that a further 60-day stay of Mr. Albarella's surrender be approved by the Court.

Sincerely,

David Wikstrom