LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

December 16, 2021

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.** 20CR378
Surrender date extended to Feb 8, 2022, by 2:00 p.m. to an institution designated by the Bureau of Prisons or, in the absence of designation, to the United States Marshals at 500 Pearl Street, New York, New York.

12/16/2021  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: <u>United States v. Michael Albarella</u>
    20 CR 278 (LJL)

Dear Judge Liman:

I write to request a further 30-day postponement of Michael Albarella's surrender date, which is currently set for January 4, 2022. The Government, by AUSA Cecilia Vogel, consents. As of the date of this letter, the BOP has not notified Mr. Albarella of his designation.



Given these difficulties, he cannot go into prison on January 4 without the infliction of extraordinary hardship on his family.

Mr. Albarella does not anticipate the need to seek any further postponements, but urgently needs this one. I therefore respectfully request that a further 30-day stay of Mr. Albarella's surrender be approved by the Court.

Sincerely,

David Wikstrom