LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

January 18, 2022

The Honorable Lew J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New Yorrk, NY 10007

**REQUEST GRANTED.**
Mr. Albarella shall surrender for service of his sentence on or before March 10, 2022.

1/18/2022    SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re: <u>United States v. Michael Albarella</u>
    20 CR 378 (LJL)

Dear Judge Liman:

I write to request a final 30-day postponement of Michael Albarella's surrender date, which is currently set for February 8, 2022. The Government, by AUSA Cecilia Vogel, consents.

 To surrender to prison for his 6-month term prior to the completion of this process risks severe hardship, and the process will not be completed by February 8th.

I therefore respectfully request that a final 30-day stay of Mr. Albarella's surrender be approved by the Court.

Sincerely,

David Wikstrom