LAW OFFICES
# David Wikstrom
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

June 17, 2024

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**REQUEST GRANTED.**
**The Court approves the modification to Mr. Albarella's Supervised Release terms permitting him to travel as proposed. Pretrial is directed to return Mr. Albarella's passport to him, and Mr. Albarella may seek its return himself. The Court directs the Probation Officer to assist in providing a letter to Mr. Albarella for approval as needed.**

Re: United States v. Michael Albarella
    20 CR 378 (LJL)

6/18/2024  SO ORDERED.
*[signature]*
LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

By this letter motion, I respectfully request that the Court modify the geographic limitations of the Defendant's Supervised Release term, to permit international travel as set forth below. In addition, he seeks the return of his passport, which was surrendered to Pretrial as a condition of bail. Assistant U. S. Attorney Cecilia Vogel and (EDNY) Probation Officer Lisa Famularo consent to the application.

Mr. Albarella is in the final year of his Supervised Release term; his first two have has been without incident. He wishes to take a cruise with his family in late August, which—since it includes a stop in the Bahamas—requires Court approval. I therefore respectfully request an enlargement of the geographic restrictions of his Supervised Release term to permit this travel outside the United States between August 25 and September 1, 2024.

Mr. Albarella also seeks return of his passport, which was surrendered to Pretrial in 2020 as a condition of bail, and then turned over by Pretrial to the Department of State, where it remains. Mr. Albarella can seek its return himself, provided that the Court indicate explicitly that he has the authority to do so. He must also obtain a letter from his Probation Officer, indicating his or her approval of the request; I therefore request that the Court direct the Probation Office to assist in providing this letter.

I respectfully request that the Court approve the application, and "So Order" this letter so that it may be provided to Probation and the Department of State.

Sincerely

*[signature]*

David Wikstrom